| United States Bankruptcy Court<br>Northern District of Ohio | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**E-merging Technologies Group, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**E-merging Technologies Group, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**34-1895979** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one state all): |
| Street Address of Debtor (No. and Street, City and State):<br>**22021 Brookpark Road, Suite 130**<br>**Fairview Park, OH 44138** | Street Address of Joint Debtor (No. and Street, City and State): |
| County of Residence or of the Principal Place of Business:<br>**Cuyahoga County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
**Form of Organization**
(Check one box.)

- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities,<br>*check this box and state type of entity below*)

### Nature of Business
(Check one box.)

- [ ] Health Case Business
- [ ] Single Asset Real Estate as defined<br>11 USC § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Professional service firm**

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee Attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliate) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(B).

### Statistical/Administrative Information

| | THIS SPACE FOR COURT USE ONLY |
|---|---|
| [x] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| VOLUNTARY PETITION<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**E-merging Technologies Group, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commissionpursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice require by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | Signature of Attorney for Debtor(s)   --   (Date) |

### Exhibit C

Does the debtor own or have posession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this district, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgement against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgement)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgement for possession, after the judgment for posession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C § 362(1)).

| VOLUNTARY PETITION<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**E-merging Technologies Group, Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Respresentative |
|---|---|
| I declare under penalty of perjury that the information provided in the petition is true and correct.<br><br>I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11,United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br><br>_____<br>*Signature of Debtor*<br><br>_____<br>*Signature of Joint Debtor*<br><br>_____<br>*Telephone Number*<br><br>_____<br>*Date* | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1511 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>_____<br>*(Signature of Foreign Representative)*<br><br>_____<br>*(Printed Name of Foreign Representative)*<br><br>_____<br>*Date* |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| *[signature]*<br>*Signature of Attorney for Debtor(s)*<br><br>**Marc B. Merklin (0018195)**<br>*Printed Name of Attorney for Debtor(s)*<br><br>**Brouse McDowell, LPA**<br>*Firm Name*<br><br>**388 S. Main Street, Suite 500**<br>**Akron, OH 44311**<br>**Email Address: mmerklin@brouse.com**<br>*Address*<br><br>**330-535-5711**<br>*Telephone Number*<br><br>*6/3/15*<br>*Date*<br><br>* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notices of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached.<br><br>_____<br>*Printed Name and title, if any, of Bankruptcy Petition Preparer*<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual,state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.)<br><br>_____<br>*Address*<br><br>_____<br>*Signature of Preparer*<br><br>_____<br>*Date*<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petiton preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person, individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.)<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 100; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>*[signature]*<br>*Signature of Authorized Individual*<br><br>**Ann Katigbak**<br>*Printed Name of Authorized Individual*<br><br>**Executive Vice President**<br>*Title of Authorized Individual*<br><br>*6/3/15*<br>*Date* | |

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re   E-merging Technologies Group, Inc.  ,      Case No. _____
              Debtor                                       Chapter  7  _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Science Applications International Corp.<br>Leidos, Inc.<br>PO Box 223058<br>Pittsburgh, PA 15251-2058 | Science Applications International Corp.<br>Leidos, Inc.<br>PO Box 223058<br>Pittsburgh, PA 15251-2058 | ACCOUNTS PAYABLE | | $512,424.59 |
| Estate of Don L. Heestand<br>c/o Christine Heestand<br>7520 Hillbrook Oval<br>Brecksville, OH 44141 | Estate of Don L. Heestand<br>c/o Christine Heestand<br>7520 Hillbrook Oval<br>Brecksville, OH 44141 | PURCHASE OF SHARES | | $439,223.68 |
| McDonald Hopkins, LLC<br>600 Superior Avenue East #2100<br>Cleveland, OH 44114 | McDonald Hopkins, LLC<br>600 Superior Avenue East #2100<br>Cleveland, OH 44114 | ACCOUNTS PAYABLE | | $157,349.90 |
| Brouse McDowell, LPA<br>Attn: Todd Baumgartner<br>600 Superior Avenue East<br>Suite 1600<br>Cleveland, OH 44114 | Brouse McDowell, LPA<br>Attn: Todd Baumgartner<br>600 Superior Avenue East<br>Suite 1600<br>Cleveland, OH 44114 | ACCOUNTS PAYABLE | | $30,489.62 |
| MBO Partners, Inc.<br>PO Box 823673<br>Philadelphia, PA 19182-3673 | MBO Partners, Inc.<br>PO Box 823673<br>Philadelphia, PA 19182-3673 | ACCOUNTS PAYABLE | | $13,750.00 |
| The Boeing Company<br>c/o Boeing Planning & Real Estate<br>Attn: Real Estate Manager<br>325 J.S. McDonnell Blvd.<br>Mail Code: S306-5565<br>Hazelwood, MO 63042 | The Boeing Company<br>c/o Boeing Planning & Real Estate<br>Attn: Real Estate Manager<br>325 J.S. McDonnell Blvd.<br>Mail Code: S306-5565<br>Hazelwood, MO 63042 | RENT DUE | | $9,602.81 |
| Chubb Group of Insurance Companies<br>PO Box 382001<br>Pittsburgh, PA 15250-8001 | Chubb Group of Insurance Companies<br>PO Box 382001<br>Pittsburgh, PA 15250-8001 | ACCOUNTS PAYABLE | | $8,588.98 |
| GBQ Consulting<br>230 West St. Suite 700<br>Columbus, OH 43215 | GBQ Consulting<br>230 West St. Suite 700<br>Columbus, OH 43215 | ACCOUNTS PAYABLE | | $8,000.00 |

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re   E-merging Technologies Group, Inc.         ,          Case No. _____
                    **Debtor**                                    Chapter   7   _____

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Calfee, Halter & Griswold<br>1405 East Sixth Street<br>Cleveland, OH 44114-1607 | Calfee, Halter & Griswold<br>1405 East Sixth Street<br>Cleveland, OH 44114-1607 | ACCOUNTS PAYABLE | | $7,690.72 |
| Northern VA Pre-Employment & Polygraph Sv<br>7885 Coppermine Drive<br>Manassas, VA 20109 | Northern VA Pre-Employment & Polygraph Sv<br>7885 Coppermine Drive<br>Manassas, VA 20109 | ACCOUNTS PAYABLE | | $3,200.00 |
| Bayport Plaza, LLC<br>Attn: Doug Kopf, Facility Supervisor<br>643 Bair Island Road, Suite 100<br>Redwood City, CA 94065 | Bayport Plaza, LLC<br>Attn: Doug Kopf, Facility Supervisor<br>643 Bair Island Road, Suite 100<br>Redwood City, CA 94065 | RENT DUE | | $3,030.30 |
| Central Ohio ISSA<br>PO Box 71<br>Dublin, OH 43017 | Central Ohio ISSA<br>PO Box 71<br>Dublin, OH 43017 | ACCOUNTS PAYABLE | | $2,000.00 |
| Benach Ragland LLP<br>1333 H Street, NW<br>Suite 900 West<br>Washington, DC 20005 | Benach Ragland LLP<br>1333 H Street, NW<br>Suite 900 West<br>Washington, DC 20005 | ACCOUNTS PAYABLE | | $1,687.00 |
| Triple A Logistic Service<br>PO Box 610<br>Annandale, VA 22003 | Triple A Logistic Service<br>PO Box 610<br>Annandale, VA 22003 | ACCOUNTS PAYABLE | | $864.00 |
| Cloud Harmonics, Inc<br>440 N. Wolfe Road<br>Sunnyvale, CA 94085 | Cloud Harmonics, Inc<br>440 N. Wolfe Road<br>Sunnyvale, CA 94085 | ACCOUNTS PAYABLE | | $700.00 |
| GHBA<br>PO Box 9260<br>Chelsea, MA 02150-9260 | GHBA<br>PO Box 9260<br>Chelsea, MA 02150-9260 | ACCOUNTS PAYABLE | | $643.11 |
| Carlsburg Reindorf<br>7313 Early Market Court<br>Gainesville, VA 20155 | Carlsburg Reindorf<br>7313 Early Market Court<br>Gainesville, VA 20155 | ACCOUNTS PAYABLE | | $479.80 |
| Comcast Communications<br>PO Box 3005<br>Southeastern, PA 19398-3005 | Comcast Communications<br>PO Box 3005<br>Southeastern, PA 19398-3005 | ACCOUNTS PAYABLE | | $386.47 |
| Comcast Communications 7<br>PO Box 3006<br>Southeastern, PA 19398-3006 | Comcast Communications 7<br>PO Box 3006<br>Southeastern, PA 19398-3006 | ACCOUNTS PAYABLE | | $283.00 |
| Cox Communications<br>PO Box 9001817<br>Louisville, KY 40290-1817 | Cox Communications<br>PO Box 9001817<br>Louisville, KY 40290-1817 | ACCOUNTS PAYABLE | | $148.83 |

In re  E-merging Technologies Group, Inc.           Case No._____
                Debtor                                                 (If known)

# DECLARATION REGARDING LIST OF CREDITORS

### DECLARATION UNDER PENALTY OF PERJURY REGARDING the TOP 0 UNSECURED CLAIMS ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Ann Katigbak, the Executive Vice President of the E-merging Technologies Group, Inc. named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 0 largest unsecured claims, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   6-3-15                                  Signature: *Ann Katigbak*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

In re    E-merging Technologies Group, Inc.             Case No. _____
*Debtor*

Chapter 7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | N/A | $0.00 | | |
| B - Personal Property | NO | N/A | $647,948.43 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | NO | N/A | | $458,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | N/A | | $281,993.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $1,200,743.26 | |
| G - Executory Contracts and Unexpired Leases | NO | N/A | | | |
| H - Codebtors | NO | N/A | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | $0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | N/A | | | $0.00 |
| TOTAL | | 5 | $647,948.43 | $1,940,736.60 | |

In re    E-merging Technologies Group, Inc.            Case No._____
                   **Debtor**                                                 **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total -> | $0.00 | |

(Report also on Summary of Schedules.)

In re   E-merging Technologies Group, Inc.                                    Case No._____
_____
Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property. "If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account #0479<br>Citizens Bank<br>22591 Lorain Road<br>Fairview Park, OH 44126 | | $24,763.94 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit<br>The Boeing Company<br>c/o Boeing Planning & Real Estate<br>325 J.S. McDonnell Blvd.<br>Hazlewood, MO 63042<br><br>Security Deposit<br>Bayport Plaza, LLC<br>643 Bair Island Road, Suite 106<br>Redwood City, CA 94065 | | $17,756.66<br><br><br><br><br>$2,886.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole-life policies on Ann Katigbak (#LI069330) and Jeremy Samide (#LI069329)<br>Erie Family Life Insurance<br>PO Box 83026, Lincoln, Nebraska | | $9,048.97 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B (Official Form 6B)(12/07)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Canadian E-merging Technologies Group ULC 22021 Brookpark Road, Suite 130 Fairview Park, OH 44126 100% wholly-owned subsidiary | | $.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attached Exhibit | | $506,430.92 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Revenue Canada/Revenue Quebec Refund for 2014 withholding for E-merging Technologies Group on payments received from customer in Canada | | $25,732.94 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Counterclaim against former chairman of the board of E-merging Technologies Group for breach of contract.  Value of claim is unknown. | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |

3:49 PM
06/02/15

# E-merging Technologies Group, Inc.
## A/R Aging Summary
### As of June 2, 2015

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Accuvant, Inc. | 0.00 | 20,000.00 | 35,093.75 | 0.00 | 0.00 | 55,093.75 |
| AdminServ | 0.00 | 7,738.56 | 7,308.64 | 0.00 | 0.00 | 15,047.20 |
| Corporation d'Investissements Sanpalo | 0.00 | 1,994.55 | 0.00 | 0.00 | 0.00 | 1,994.55 |
| DC Metro | 45,033.94 | 0.00 | 0.00 | 0.00 | 0.00 | 45,033.94 |
| DIA - New Contract | 0.00 | 139,652.72 | 0.00 | 0.00 | 28,488.00 | 168,140.72 |
| Keene Building Products | | | | | | |
| Cansto location | 0.00 | 1,110.00 | 810.00 | 1,230.00 | 0.00 | 3,150.00 |
| Dependable location | 0.00 | 60.00 | 30.00 | 0.00 | 0.00 | 90.00 |
| Keene Building Products - Other | 0.00 | 5,821.85 | 2,353.02 | 0.00 | 0.00 | 8,174.87 |
| Total Keene Building Products | 0.00 | 6,991.85 | 3,193.02 | 1,230.00 | 0.00 | 11,414.87 |
| Leidos - ESMARTS | 155.25 | 48,591.51 | 53,581.47 | 0.00 | 0.00 | 102,328.23 |
| LNE Group | 0.00 | 2,101.52 | 0.00 | 0.00 | 0.00 | 2,101.52 |
| Loeb & Loeb | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| MicroTechnologies, LLC | 0.00 | 6,996.80 | 0.00 | 0.00 | 0.00 | 6,996.80 |
| Premier Physicians Centers | 20,723.77 | 0.00 | 0.00 | 0.00 | 0.00 | 20,723.77 |
| Princeton Holdings Limited | 0.00 | 8,000.00 | 0.00 | 0.00 | 0.00 | 8,000.00 |
| San Jose Fire Department | 0.00 | 702.76 | 702.76 | 0.00 | 0.00 | 1,405.52 |
| SJPD | 0.00 | 8,784.50 | 8,081.74 | 0.00 | 0.00 | 16,866.24 |
| Summit Construction Company | 0.00 | 0.00 | 0.00 | 0.00 | 5,451.26 | 5,451.26 |
| Urban Community School | 0.00 | 0.00 | 0.00 | 0.00 | 5,585.00 | 5,585.00 |
| USIS - Name Check | 0.00 | 0.00 | 0.00 | 0.00 | -75.06 | -75.06 |
| Vencore, Inc. | 0.00 | 13,604.76 | 6,935.76 | 0.00 | 0.00 | 20,540.52 |
| William Harris Investors | 0.00 | 19,532.09 | 0.00 | 0.00 | 0.00 | 19,532.09 |
| TOTAL | 65,912.96 | 284,691.62 | 114,897.14 | 1,230.00 | 39,699.20 | 506,430.92 |

In re___E-merging Technologies Group, Inc.___                    Case No._____
                    **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Furniture<br>22021 Brookpark Road, Suite 130<br>Fairview Park, OH 44126 | | $1,118.00 |
| | | Office Furniture<br>643 Bair Island Road, Suite 302<br>Redwood City, CA 94065 | | $7,176.00 |
| | | Office Furniture<br>11720 Sunrise Valley Drive<br>Suite 500/550<br>Reston, VA 20191 | | $958.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Polygraph equipment<br>11720 Sunrise Valley Drive<br>Reston, VA 20191 | | $28,547.00 |
| | | Polygraph equipment<br>643 Bair Island Road, Suite 302<br>Redwood City, CA 94063 | | $23,530.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___0___ continuation sheets attached      Total ->

$647,948.43

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re __E-merging Technologies Group, Inc.__
          **Debtor**

Case No._____
    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H — Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jeremy A. Samide<br>3576 Downing Street<br>Westlake, OH 44145 | | | 05/05/2015<br>Loan to operate business;<br>Security Agreement dated 5/5/2015;<br>UCC Financing Statement filed<br><br>Value:     $.00 | | | | $458,000.00 | $.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>Value: | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>Value: | | | | | |
| | | | Subtotal -> | | | | $458,000.00 | $0.00 |
| | | | Grand Total -> | | | | $458,000.00 | $0.00 |

In re   **E-merging Technologies Group, Inc.**                    Case No._____

                           **Debtor**                                                     **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

In re ___E-merging Technologies Group, Inc.___                    Case No._____
                          **Debtor**                                                    **(If known)**

☐  **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

11  continuation sheets attached

B 6E (Official Form 6E)(4/13)

In re __E-merging Technologies Group, Inc.__
             **Debtor**

Case No._____
           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions
(Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ann Katigbak<br>28505 Osborn Road<br>Bay Village, OH 44140 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $55,181.76 | $55,181.76 | Unknown |
| ACCOUNT NO.<br>Ben Pijor<br>3125 Englewood Drive<br>Stow, OH 44224 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $3,928.13 | $3,928.13 | Unknown |
| ACCOUNT NO.<br>Bruce Rather<br>2727 Quincy Street #1213<br>Arlington, VA 22206 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,750.00 | $1,750.00 | Unknown |
| ACCOUNT NO.<br>Bullockrm LLC<br>Attn: Renee Bullock<br>11504 Accord CT.<br>Fredericksburg, VA 22408 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $6,300.00 | $6,300.00 | Unknown |
| ACCOUNT NO.<br>Chamari Group<br>Attn: Charles Fogle<br>P.O. Box 8172<br>Columbus, GA 31908 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $7,000.00 | $7,000.00 | Unknown |
| | | | | | | Subtotal -><br>(Totals of this page) | $74,159.89 | $0.00 |

Generated using CasefilePRO™

B 6E (Official Form 6E)(4/13)

In re __E-merging Technologies Group, Inc.__          Case No._____
                        **Debtor**                         **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions
(Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Charles Wooliver<br>41 Stonebridge Crossing Drive<br>Maryville, IL 62062 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $2,328.48 | $2,328.48 | Unknown |
| ACCOUNT NO.<br>Cooney Enterprise LLC<br>Attn:  Charlene Cooney<br>10515 Goldwater Lane<br>Riverview, FL 33578 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $7,500.00 | $7,500.00 | Unknown |
| ACCOUNT NO.<br>Courtland Jones<br>2587 John Milton Drive<br>Herndon, VA 20171 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,260.00 | $1,260.00 | Unknown |
| ACCOUNT NO.<br>Cunningham Security<br>1207 Quash Street<br>Hampton, VA 23669 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $2,475.00 | $2,475.00 | Unknown |
| ACCOUNT NO.<br>Elisa May Tejano<br>3101 North Hampton Drive, Unit 1315<br>Alexandria, VA 22302 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,538.40 | $1,538.40 | Unknown |
| | | | Subtotal -><br>(Totals of this page) | | | | | $15,101.88 | $0.00 |

Generated using CasefilePRO™

B 6E (Official Form 6E)(4/13)

In re   E-merging Technologies Group, Inc.                                    Case No._____
                        **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions
(Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Elizabeth Mireles <br> 18 Toliver Lane <br> Stafford, VA 22554 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,470.00 | $1,470.00 | Unknown |
| ACCOUNT NO. <br> Ernestine Branson <br> 5612 Pinfish Court <br> Waldorf, MD 20603 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $55.40 | $55.40 | Unknown |
| ACCOUNT NO. <br> Howard Denson <br> 5678 Northton Court <br> Woodbridge, VA 22193 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $4,747.90 | $4,747.90 | Unknown |
| ACCOUNT NO. <br> Howard Warren <br> 5201 West Mapleshade Lane <br> Upper Marlboro, MD 20772 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $7,107.36 | $7,107.36 | Unknown |
| ACCOUNT NO. <br> Janet McMaster <br> 14120 Beech Avenue <br> Cleveland, OH 44111 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $3,728.42 | $3,728.42 | Unknown |
| | | | | | Subtotal -> <br> (Totals of this page) | | | $17,109.08 | $0.00 |

B 6E (Official Form 6E)(4/13)

In re   **E-merging Technologies Group, Inc.**                    Case No._____
                    **Debtor**                                          **(If known)**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions
(Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jeremiah Hanafin<br>4829 North 25th Road<br>Arlington, VA 22207 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,350.00 | $1,350.00 | Unknown |
| ACCOUNT NO.<br>Jeremy A. Samide<br>3576 Downing Street<br>Westlake, OH 44145 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $87,499.98 | $87,499.98 | Unknown |
| ACCOUNT NO.<br>Jonathan Ober<br>P.O. Box 1184<br>Matthews, VA 23109 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $2,250.00 | $2,250.00 | Unknown |
| ACCOUNT NO.<br>Joseph Root<br>58 Melanie Hollow Lane<br>Fredericksburg, VA 22405 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $2,700.00 | $2,700.00 | Unknown |
| ACCOUNT NO.<br>Karen Palya<br>7843 Doane Court<br>Springfield, VA 22152 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $8,130.30 | $8,130.30 | Unknown |
| | | | Subtotal -><br>(Totals of this page) | | | | $101,930.28 | | $0.00 |

Generated using CasefilePRO™

B 6E (Official Form 6E)(4/13)

In re ___E-merging Technologies Group, Inc.___          Case No._____
                        **Debtor**                                            **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions Above*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Katrina Robertson<br>8705 Homeport Landing Place<br>Laplata, MD 20646 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $4,950.00 | $4,950.00 | Unknown |
| ACCOUNT NO.<br>Keith Browning<br>809 Devonshire Circle<br>Purcellville, VA 20132 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $2,250.00 | $2,250.00 | Unknown |
| ACCOUNT NO.<br>Kevin Doughty<br>7933 Blue Gray Circle<br>Manassas, VA 20109 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $600.00 | $600.00 | Unknown |
| ACCOUNT NO.<br>Laura Anderson<br>11305 Cocobolo Place<br>Waldorf, MD 20603 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,338.87 | $1,338.87 | Unknown |
| ACCOUNT NO.<br>Margaret Morales<br>101 Crossing Road<br>Fredericksburg, VA 22406 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $5,331.20 | $5,331.20 | Unknown |
| | | | Subtotal -><br>(Totals of this page) | | | | $14,470.07 | | $0.00 |

Generated using CasefilePRO™

B 6E (Official Form 6E)(4/13)

In re   __E-merging Technologies Group, Inc.__                    Case No._____
                    **Debtor**                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions
(Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mathew Borger <br> 7134 Water Oak Run #246 <br> Elkridge, MD 21075 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $3,150.00 | $3,150.00 | Unknown |
| ACCOUNT NO. <br> Michael McKinney <br> 6019 Otterdale Road <br> Mosley, VA 23120 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,800.00 | $1,800.00 | Unknown |
| ACCOUNT NO. <br> Michael Richmond <br> 25050 Riding Plaza Suite 130-213 <br> Chantilly, VA 20152 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $6,650.00 | $6,650.00 | Unknown |
| ACCOUNT NO. <br> Mike Scott <br> 2605 Bradshaw Terrace <br> Silver Spring, MD 20905 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $4,324.80 | $4,324.80 | Unknown |
| ACCOUNT NO. <br> Polygraph and Assessment Services <br> Attn: Nate Perkins <br> 808 Shoal Creek Trail <br> Chesapeake, VA 23320 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,650.00 | $1,650.00 | Unknown |
| | | | | | | Subtotal -> <br> (Totals of this page) | | $17,574.80 | $0.00 |

Generated using CasefilePRO™

B 6E (Official Form 6E)(4/13)

In re __E-merging Technologies Group, Inc.__          Case No._____
               **Debtor**                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions
(Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Richard Goodpasture<br>13432 Farrington Road<br>Ashland, VA 23005 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $900.00 | $900.00 | Unknown |
| ACCOUNT NO.<br>Richard Vines<br>7294 Sedge Court<br>New Kent, VA 23124 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $2,100.00 | $2,100.00 | Unknown |
| ACCOUNT NO.<br>Ronald Fox<br>3140 Mt Vernon Hickory Mountain Road<br>Siler City, NC 27344 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $7,500.00 | $7,500.00 | Unknown |
| ACCOUNT NO.<br>Samantha Rue<br>3310 Persimmon Road<br>Grovespring, MO 65662 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $2,154.24 | $2,154.24 | Unknown |
| ACCOUNT NO.<br>Security Investigation<br>Attn: Rosemarie Shefferman<br>7806 HiddenMeadow Terrace<br>Potomac, MD 20854 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $4,000.00 | $4,000.00 | Unknown |
| | | | | | | Subtotal -><br>(Totals of this page) | $16,654.24 | $0.00 |

Generated using CasefilePRO™

B 6E (Official Form 6E)(4/13)

In re __E-merging Technologies Group, Inc.__                           Case No._____
                    **Debtor**                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions
(Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Stephen Sekula 7 Crestview Drive Stafford, VA 22556 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $2,824.38 | $2,824.38 | Unknown |
| ACCOUNT NO. Susan Thornberg 6069 Tinley Mill Drive Haymarket, VA 20169 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,680.00 | $1,680.00 | Unknown |
| ACCOUNT NO. Thomas Richardson 913 Herons Run Lane Woodbridge, VA 22191 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,680.00 | $1,680.00 | Unknown |
| ACCOUNT NO. Timothy Schroeder 12844 Fantasia Drive Herndon, VA 20170 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $6,262.50 | $6,262.50 | Unknown |
| ACCOUNT NO. Todd Kirkwood 12965 Stratford Trail Chesterland, OH 44026 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $7,581.22 | $7,581.22 | Unknown |
| | | | | | | Subtotal -> (Totals of this page) | | $20,028.10 | $0.00 |

Generated using CasefilePRO™

B 6E (Official Form 6E)(4/13)

In re   __E-merging Technologies Group, Inc.__                              Case No._____
                    **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions
(Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Veritas Forensic Evaluation 107 Rice Street Verryville, VA 22611 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $2,025.00 | $2,025.00 | Unknown |
| ACCOUNT NO. William Mullin 14391 Dunwoody Court Gainesville, VA 20155 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,680.00 | $1,680.00 | Unknown |
| ACCOUNT NO. Winnie Miller 1613 Whistling Swan Way Woodbridge, VA 22191 | | | WAGES, SALARIES, AND COMMISSIONS | | | | $1,260.00 | $1,260.00 | Unknown |
| | | | Subtotal -> (Totals of this page) | | | | $4,965.00 | | $0.00 |

Generated using CasefilePRO™

B 6E (Official Form 6E)(4/13)

In re   E-merging Technologies Group, Inc.                                    Case No._____
                        Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Taxes and Certain Other Debts Owed to Governmental Units
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 | | | NOTICE ONLY | | | | Unknown | Unknown | Unknown |
| **ACCOUNT NO.**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | NOTICE ONLY | | | | Unknown | Unknown | Unknown |
| **ACCOUNT NO.**<br>Ohio Attorney General<br>Attn:  Bankruptcy Staff<br>Collection Enforcement Section<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215 | | | NOTICE ONLY | | | | Unknown | Unknown | Unknown |
| **ACCOUNT NO.**<br>Ohio Bureau of Workers' Compensation<br>Attn:  Law Section Bankruptcy Unit<br>P.O. Box 15567<br>Columbus, OH 43215-0567 | | | NOTICE ONLY | | | | Unknown | Unknown | Unknown |
| **ACCOUNT NO.**<br>Ohio Department of Job & Family Services<br>Attn:  Contributions<br>P.O. Box 182404<br>Columbus, OH 43218-2404 | | | NOTICE ONLY | | | | Unknown | Unknown | Unknown |
| | | | | | | Subtotal -><br>(Totals of this page) | | $0.00 | $0.00 |

Generated using CasefilePRO™

B 6E (Official Form 6E)(4/13)

In re __E-merging Technologies Group, Inc.__  
                **Debtor**

Case No. _____  
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Taxes and Certain Other Debts Owed to Governmental Units  
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | NOTICE ONLY | | | | Unknown | Unknown | Unknown |
| Ohio Department of Taxation Attn: Bankruptcy Division P.O. Box 530 Columbus, OH 43216-0530 | | | | | | | | | |

|  |  |  |
|---|---|---|
| Subtotal -> | $0.00 | $0.00 |
| (Totals of this page) | | |

__0__  continuation sheets attached

| | | |
|---|---|---|
| Total -> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $281,993.34 | |
| Total -> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $281,993.34      $0.00 |

Generated using CasefilePRO™

In re    E-merging Technologies Group, Inc.                                    Case No._____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AT&T Uverse - SJ<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | | | ACCOUNTS PAYABLE | | | | $65.00 |
| ACCOUNT NO.<br>Bayport Plaza, LLC<br>Attn: Doug Kopf, Facility Supervisor<br>643 Bair Island Road, Suite 100<br>Redwood City, CA 94065 | | | RENT DUE | | | | $3,030.30 |
| ACCOUNT NO.<br>Benach Ragland LLP<br>1333 H Street, NW<br>Suite 900 West<br>Washington, DC 20005 | | | ACCOUNTS PAYABLE | | | | $1,687.00 |
| ACCOUNT NO.<br>Brouse McDowell, LPA<br>Attn: Todd Baumgartner<br>600 Superior Avenue East<br>Suite 1600<br>Cleveland, OH 44114 | | | ACCOUNTS PAYABLE | | | | $30,489.62 |
| | | | Subtotal -> | | | | $35,271.92 |

4   continuation sheets attached

Generated using CasefilePRO™

In re    E-merging Technologies Group, Inc.                     Case No._____
                  **Debtor**                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Calfee, Halter & Griswold<br>1405 East Sixth Street<br>Cleveland, OH 44114-1607 | | | ACCOUNTS PAYABLE | | | | $7,690.72 |
| ACCOUNT NO.<br>Carlsburg Reindorf<br>7313 Early Market Court<br>Gainesville, VA 20155 | | | ACCOUNTS PAYABLE | | | | $479.80 |
| ACCOUNT NO.<br>Central Ohio ISSA<br>PO Box 71<br>Dublin, OH 43017 | | | ACCOUNTS PAYABLE | | | | $2,000.00 |
| ACCOUNT NO.<br>Chubb Group of Insurance Companies<br>PO Box 382001<br>Pittsburgh, PA 15250-8001 | | | ACCOUNTS PAYABLE | | | | $8,588.98 |
| ACCOUNT NO.<br>Cloud Harmonics, Inc<br>440 N. Wolfe Road<br>Sunnyvale, CA 94085 | | | ACCOUNTS PAYABLE | | | | $700.00 |
| ACCOUNT NO.<br>Comcast Communications<br>PO Box 3005<br>Southeastern, PA 19398-3005 | | | ACCOUNTS PAYABLE | | | | $386.47 |
| | | | Subtotal -> | | | | $19,845.97 |

B 6F (Official Form 6F)(12/07)

In re    E-merging Technologies Group, Inc.                              Case No._____
                        Debtor                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Comcast Communications 7<br>PO Box 3006<br>Southeastern, PA 19398-3006 | | | ACCOUNTS PAYABLE | | | | $283.00 |
| ACCOUNT NO.<br>Cox Communications<br>PO Box 9001817<br>Louisville, KY 40290-1817 | | | ACCOUNTS PAYABLE | | | | $148.83 |
| ACCOUNT NO.<br>Estate of Don L. Heestand<br>c/o Christine Heestand<br>7520 Hillbrook Oval<br>Brecksville, OH 44141 | | | PURCHASE OF SHARES | | | | $439,223.68 |
| ACCOUNT NO.<br>GBQ Consulting<br>230 West St. Suite 700<br>Columbus, OH 43215 | | | ACCOUNTS PAYABLE | | | | $8,000.00 |
| ACCOUNT NO.<br>GHBA<br>PO Box 9260<br>Chelsea, MA 02150-9260 | | | ACCOUNTS PAYABLE | | | | $643.11 |
| ACCOUNT NO.<br>Jacquelyn Huron<br>c/o Daniel M. Connell, Esq.<br>737 Bolivar Road, Suite 4400<br>Cleveland, OH 44115 | | | LITIGATION | | | X | Unknown |
| | | | Subtotal -> | | | | $448,298.62 |

Generated using CasefilePRO™

B 6F (Official Form 6F)(12/07)

In re ___E-merging Technologies Group, Inc.___          Case No._____
                        **Debtor**                                                      **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lewis Merletti<br>c/o Richard C. Haber, Esq.<br>737 Bolivar Road, Suite 4400<br>Cleveland, OH 44115 | | | LITIGATION | | | X | Unknown |
| ACCOUNT NO.<br>MBO Partners, Inc.<br>PO Box 823673<br>Philadelphia, PA 19182-3673 | | | ACCOUNTS PAYABLE | | | | $13,750.00 |
| ACCOUNT NO.<br>McDonald Hopkins, LLC<br>600 Superior Avenue East #2100<br>Cleveland, OH 44114 | | | ACCOUNTS PAYABLE | | | | $157,349.90 |
| ACCOUNT NO.<br>Northern VA Pre-Employment & Polygraph Sv<br>7885 Coppermine Drive<br>Manassas, VA 20109 | | | ACCOUNTS PAYABLE | | | | $3,200.00 |
| ACCOUNT NO.<br>Science Applications International Corp.<br>Leidos, Inc.<br>PO Box 223058<br>Pittsburgh, PA 15251-2058 | | | ACCOUNTS PAYABLE | | | | $512,424.59 |
| ACCOUNT NO.<br>Stephen Heestand<br>c/o Richard C. Haber, Esq.<br>737 Bolivar Road, Suite 4400<br>Cleveland, OH 44115 | | | LITIGATION | | | X | Unknown |
| | | | Subtotal -> | | | | $686,724.49 |

Generated using CasefilePRO™

In re    E-merging Technologies Group, Inc.                                    Case No._____
                    **Debtor**                                                              **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | RENT DUE | | | | |
| The Boeing Company c/o Boeing Planning & Real Estate Attn: Real Estate Manager 325 J.S. McDonnell Blvd. Mail Code: S306-5565 Hazelwood, MO 63042 | | | | | | | $9,602.81 |
| ACCOUNT NO. | | | ACCOUNTS PAYABLE | | | | |
| Triple A Logistic Service PO Box 610 Annandale, VA 22003 | | | | | | | $864.00 |
| ACCOUNT NO. | | | ACCOUNTS PAYABLE | | | | |
| TRZ Business Services, Inc. PO Box 6211 Akron, OH 44312 | | | | | | | $135.45 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| | | | Subtotal -> | | | | $10,602.26 |
| | | | Total -> | | | | $1,200,743.26 |

In re    E-merging Technologies Group, Inc.                                    Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WEATHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Accuvant, Inc.<br>1125 17th Street, Suite 170<br>Denver, CO 80202 | Subcontract dated 4/17/2013<br>Contractor |
| Bayport Plaza, LLC<br>Attn:  Doug Kopf, Facility Supervisor<br>643 Bair Island Road, Suite 100<br>Redwood City, CA 94065 | Office lease of 1,443 square feet in Redwood City, California<br>Lease expires 5/31/2016<br>Lessee |
| DC Metro Police Department<br>Office of Contracting & Procurement<br>Attn:  Shafiq R. Choudhary<br>441 4th Street, N.W.<br>Suite 700<br>Washington, DC 20001 | Contract to administer polygraph exams; 2/1/2013 through 1/31/2018<br>Contractor<br>Contract #: DCFA-2012-C-2055 |
| Nothern Virginia Pre-Employment Polygraph Svcs LLC<br>Attn:  Darryl Debow<br>7885 Coppermine Drive<br>Manassas, VA 20109 | Settlement Agreement dated 9/4/2014<br>Contractor |
| San Jose Police Department<br>Attn:  Chief of Police<br>201 W. Mission Street<br>San Jose, CA 95110 | Contract to administer polygraph exams; 5/1/2013 through 6/30/2018<br>Consultant |
| Stallard Schrier Family Limited Partnership<br>Attn:  Nicholas J. Stallard<br>22021 Brookpark Road<br>Fairview Park, OH 44126 | Office lease of 2,200 square feet in Fairview Park, Ohio<br>Lease expires 10/31/2017<br>Lessee |
| The Boeing Company<br>c/o Boeing Planning & Real Estate<br>Attn:  Real Estate Manager<br>325 J.S. McDonnell Blvd.<br>Mail Code: S306-5565<br>Hazelwood, MO 63042 | Sublease of 6,088 square feet of office space in Reston, Virginia<br>Lease expires 8/31/2016<br>Sublessee |
|  |  |
|  |  |

B 6H (Official Form 6H)(12/07)

In re    E-merging Technologies Group, Inc.                                    Case No._____
                        **Debtor**                                                              **(If known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In re ___E-merging Technologies Group, Inc.___          Case No._____
              Debtor                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Ann Katigbak, the Executive Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 1 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___6/3/15___          Signature: _Ann Katigbak_

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571

Generated using CasefilePRO™

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re    E-merging Technologies Group, Inc.                                  Case No._____
                    **Debtor**                                                            **(If known)**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional,should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
| $7,453,201.51 | **2014 - Operation of Business** |
| $9,979,742.46 | **2013 - Operation of Business** |
| $3,020,204.06 | **2015 to present - Operation of Business** |

---

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
| | |

None

**3. Payments to creditors**

*Complete a., or b., as appropriate and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| | | | |

None

b. *Debtor whose debts are not primarily consumer debts*: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment/Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|
| SEE ATTACHED EXHIBIT | | $1,078,768.52 | $1,153,505.70 |

c. *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address or Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Jeremy Samide<br>SEE ATTACHED EXHIBIT | | $272,970.60 | Unknown |
| Ann Katigbak<br>SEE ATTACHED EXHIBIT | | $188,651.68 | Unknown |
| Michael Knight<br>SEE ATTACHED EXHIBIT | | $176,552.21 | Unknown |

E-merging Technologies Group, Inc
Cash Disbursements

| Creditor | Creditor Address | City | State | Zip Code | Dates of Payments | Amounts Paid | |
|---|---|---|---|---|---|---|---|
| Central Ohio ISSA | PO Box 71 | Dublin | OH | 43017 | 3/1/2015 | 2,000.00 | |
| Erie Family Life 100 Erie Insurance Place, Erie | 100 Erie Insurance Place | Erie | PA | 16530-2222 | 03/03, 04/02, 05/04, 06/02 | 8,960.00 | |
| Audi Financial Services | P.O. Box 5215 | Carol Stream | IL | 60197-5215 | 03/03, 03/31, 05/01 | 7,617.00 | |
| Wellnet Healthcare | 57 Street Road | South Hampton | PA | 18966 | 03/04, 03/31, 05/04, 05/27 | 35,185.10 | |
| American Express | P.O. Box 1270 | Newark | NJ | 07101-1270 | 03/04, 03/30, 05/20, 05/27, 06/01 | 62,009.08 | |
| Chris Heestand | 7520 Hillbrook Oval | Brecksville | OH | 44141 | 03/04/, 04/01 | 24,846.46 | |
| Comcast Communications | PO Box 3005 | Southeastern | PA | 19398-3005 | 03/04/, 04/07, 05/22 | 981.54 | |
| Comcast Communications | PO Box 3006 | Southeastern | PA | 19398-3006 | 03/04, 03/31, 05/05 | 720.42 | |
| Guardian-Appleton | PO Box 677458 | Dallas | TX | 75267-7458 | 03/04, 03/30, 05/04 | 7,214.59 | |
| Brouse McDowell | 600 Superior Avenue Suite 1600 | Cleveland | OH | 44114 | 03/31/, 04/09, 05/27 | 15,668.08 | |
| GHBA | PO Box 9260 | Chelsea | MA | 02150-9260 | 03/13/15, 05/27/15 | 2,636.73 | |
| MBO Partners | PO Box 823673 | Philadelphia | PA | 19182-3673 | 03/13, 03/27, 04/13/, 05/06, 05/29 | 119,000.00 | |
| McDonald Hopkins | 600 Superior Avenue Suite 2100 | Cleveland | OH | 44114 | 03/13, 04/09 | 44,291.94 | |
| Northern VA Pre-Employment & Polygraph Sv | 7885 Coppermine Drive | Manassas | VA | 20109 | 03/13, 04/13 | 3,200.00 | |
| Superior Office Services | 22021 Brookpark Road Suite 100 | Fairview Park | OH | 44126 | 03/13, 04/09, 05/19 | 14,923.89 | |
| Triple A Logistic Service | PO Box 610 | Annandale | VA | 22003 | 03/13, 03/27, 04/13, 05/05, 05/19 | 1,920.00 | |
| TriState Capital Bank | 301 Grant St. Suite 2700 | Pittsburgh | PA | 15219 | 03/13, 04/13, 05/13 | 198,563.00 | These payments represent repayment of payroll loans and interest. The funds were borrowed from Jeremy Samide's margin account as ETG need to fund payroll. Repayments were made directly to the bank. |
| Michael Brediger | 1146 Dellwood Drive | Westlake | OH | 44145 | 03/13, 03/31, 05/06 | 100,080.00 | |
| Verizon Wireless | PO Box 660108 | Dallas | TX | 75266-0108 | 03/13, 04/13, 05/22 | 1,144.31 | |
| California Franchise Tax Board | PO Box 942857 | Sacramento | CA | 94257-0531 | 3/16/2015 | 800.00 | |
| Bob Pusateri | 275 Morrow Road | Chippewa Falls | PA | 15010 | 03/16, 03/31, 05/06 | 180,105.00 | |
| Leidos Inc | PO Box 223058 | Pittsburgh | PA | 15251-2058 | 03/25, 04/21, 04/07, 04/21 | 75,178.08 | |
| TASC Online | 2302 International Lane | Madison | WI | 53704-3140 | 03/27, 04/10, 04/17, 04/24, 05/01, 05/20, 05/22, 05/29 | 5,004.44 | |
| Bayport Plaza | 643 Bair Island Road Suite 100 | Redwood City | CA | 94065 | 03/27, 04/27 | 5,988.45 | |
| The Boeing Company | PO Box 842289 | Dallas | TX | 75284-2289 | 03/27, 04/27 | 18,836.28 | |
| AT&T Mobility | PO Box 6463 | Carol Stream | IL | 60197-6463 | 03/27, 04/21 | 3,765.55 | |
| US Bank | P.O. Box 790117 | St. Louis | MO | 63179-0117 | 03/27, 04/21 | 1,977.70 | |
| Michael Knight | 26957 Valeside Lane | Olmsted Twp | OH | 44138 | 03/31, 05/06, 05/20 | 40,000.00 | |
| Price Langevin & Associates | PO Box 92028 Meadowbrook PRO | Edmonton, Alberta | Canada | T6T 1N1 | 3/30/2015 | 3,186.75 | |
| Ohio Bureau of Workers' Compensation | 30 West Spring Street | Columbus | OH | 43215-2256 | 3/30/2015 | 685.37 | |
| Ohio Department of Taxation | PO Box 2678 | Columbus | OH | 43216-2678 | 4/21/2015 | 5,040.13 | |
| Point | 5430 Lambert Road | Grove City | OH | 43123 | 4/7/2015 | 1,750.00 | |
| CST Global Solutions | 7361 Calhoun Place | Derwood | MD | 20855 | 4/17/2015 | 9,250.00 | |
| Secure Cleveland | 3050 E. Derbyshire Road | Cleveland Hts. | OH | 44118 | 4/21/2015 | 750.00 | |
| Ingram Micro Inc | PO Box 90341 | Chicago | IL | 60696-0341 | 4/27/2015 | 52,165.63 | |
| FiSec Technology Convergence | 13876 W. 56th Street Suite 390 | Miami | FL | 33175-6021 | 5/6/2015 | 1,772.00 | |
| Calfee, Halter & Griswold | 1405 East Sixth Street | Cleveland | OH | 44114-1607 | 5/7/2015, 05/21/2015 | 14,760.00 | |
| The Hylant Group | 6000 Freedom Square Drive | Cleveland | OH | 44131 | 5/29/2015 | 4,793.00 | |
| Mondofor, LLC | 22021 Brookpark Road Suite 130 | Fairview Park | OH | 44126 | 4/1/2015 | 2,000.00 | |

1,078,768.52

Emerging Technologies Group, Inc
Summary of payments to insiders
June 1, 2014 to May 31, 2015

| | 06/13/14 | 06/30/14 | 07/15/14 | 07/31/14 | 08/15/14 | 08/31/14 | 09/15/14 | 09/30/14 | 10/15/14 | 10/31/14 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Jeremy Sanidle**<br>**3576 Downing Street**<br>**Westlake, OH 44145** | | | | | | | | | | |
| Regular Payroll | 16,039.35 | 16,039.35 | 16,039.35 | 16,039.35 | 16,039.35 | 16,039.35 | 14,583.33 | 14,583.33 | 14,583.33 | 14,583.33 |
| Travel Reimbursement | (449.91) | (449.91) | (449.91) | (449.91) | (371.08) | (427.60) | (472.22) | (449.91) | (449.91) | (449.91) |
| Payroll Advance | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| **Ann Katigbak**<br>**28505 Osborn Road**<br>**Bay Village, OH 44140** | | | | | | | | | | |
| Regular Payroll | 9,196.98 | 9,196.98 | 9,196.98 | 9,196.98 | 9,196.98 | 9,196.98 | 9,196.98 | 9,196.98 | 9,196.98 | 9,196.98 |
| Travel Reimbursement | - | - | - | - | - | - | - | - | - | - |
| Payroll Advance | - | - | - | - | - | - | - | - | - | - |
| Repayment of advance for 01/29/15 payroll | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| **Michael Knight**<br>**26957 Valeside Lane**<br>**Olmsted Twp., OH 44138** | | | | | | | | | | |
| Regular Payroll | 6,561.00 | 6,561.00 | 6,561.00 | 6,561.00 | 6,561.00 | 6,561.00 | 6,561.00 | 6,561.00 | 6,561.00 | 6,561.00 |
| Travel Reimbursement | 1,575.78 | - | 90.36 | 1,200.39 | - | - | 682.34 | - | - | - |
| Consulting Fees | - | - | - | - | - | - | - | - | - | - |
| Repayment of advance for 02/28/15 payroll | - | - | - | - | - | - | - | - | - | - |

Emerging Technologies Group, Inc
Summary of payments to Insiders
June 1, 2014 to May 31, 2015

| | 11/15/14 | 11/30/14 | 12/15/14 | 12/31/14 | 01/15/15 | 01/21/15 | 01/30/15 | 02/04/15 | 02/15/15 | 02/28/15 | 03/15/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Jeremy Samide** | | | | | | | | | | | |
| **3576 Dowling Street** | | | | | | | | | | | |
| **Westlake, OH 44145** | | | | | | | | | | | |
| Regular Payroll | 14,583.33 | 14,583.33 | - | - | - | - | - | - | - | - | - |
| Travel Reimbursement | (398.05) | 4,219.52 | - | - | - | - | - | - | - | - | - |
| Payroll Advance | - | - | - | - | - | 10,000.00 | - | - | - | - | - |
| | | | | | | | | | | | |
| **Ann Katigbak** | | | | | | | | | | | |
| **28505 Osborn Road** | | | | | | | | | | | |
| **Bay Village, OH 44140** | | | | | | | | | | | |
| Regular Payroll | 9,196.98 | 9,196.98 | - | - | - | - | - | - | - | - | - |
| Travel Reimbursement | - | - | - | . | - | - | - | - | - | - | - |
| Payroll Advance | - | - | - | - | - | 10,000.00 | - | - | - | - | - |
| Repayment of advance for 01/29/15 payroll | - | - | - | - | - | - | - | 25,000.00 | - | - | - |
| | | | | | | | | | | | |
| **Michael Knight** | | | | | | | | | | | |
| **26957 Valeside Lane** | | | | | | | | | | | |
| **Olmsted Twp., OH 44138** | | | | | | | | | | | |
| Regular Payroll | 6,561.00 | 6,561.00 | 6,561.00 | 6,561.00 | - | - | - | - | - | - | - |
| Travel Reimbursement | - | 2,649.34 | - | - | - | - | - | - | - | - | - |
| Consulting Fees | - | - | - | - | 3,500.00 | - | 3,500.00 | - | 3,500.00 | 3,500.00 | 3,500.00 |
| Repayment of advance for 02/28/15 payroll | - | - | - | - | - | - | - | - | - | - | - |

| | | 03/20/15 | 03/31/15 | 04/15/15 | 04/30/15 | 05/06/15 | 05/15/15 | 05/20/15 | 05/29/15 | 6/2/2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeremy Samide | Regular Payroll | - | - | - | - | - | 29,166.66 | - | 14,583.33 | 14,583.33 | 242,069.40 |
| 3576 Downing Street | Travel Reimbursement | - | - | - | - | - | - | - | - | - | (598.80) |
| Westlake, OH 44145 | Payroll Advance | 1,500.00 | - | - | 5,000.00 | 15,000.00 | - | - | - | - | 31,500.00 |
| | | | | | | | | | | | 272,970.60 |
| Ann Katigbak | Regular Payroll | - | - | - | - | - | 18,393.96 | - | 9,196.98 | 9,196.98 | 147,151.68 |
| 28505 Osborn Road | Travel Reimbursement | - | - | - | - | - | - | - | - | - | - |
| Bay Village, OH 44140 | Payroll Advance | 1,500.00 | - | - | 5,000.00 | - | - | - | - | - | 16,500.00 |
| | Repayment of advance for 01/29/15 payroll | - | - | - | - | - | - | - | - | - | 25,000.00 |
| | | | | | | | | | | | 188,651.68 |
| Michael Knight | Regular Payroll | - | - | - | - | - | - | - | - | - | 91,854.00 |
| 26957 Valeside Lane | Travel Reimbursement | - | - | - | - | - | - | - | - | - | 6,198.21 |
| Olmsted Twp., OH 44138 | Consulting Fees | - | 3,500.00 | 3,500.00 | 3,500.00 | - | 3,500.00 | - | 3,500.00 | 3,500.00 | 38,500.00 |
| | Repayment of advance for 02/28/15 payroll | - | 15,000.00 | - | - | 10,000.00 | - | 15,000.00 | - | - | 40,000.00 |
| | | | | | | | | | | | 176,552.21 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

**a.** List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit | Case Number | Nature of Proceedings | Court or Agency | Court Location | Status or Disposition |
|---|---|---|---|---|---|
| Lewis Merletti vs. E-merging Technologies Group, Inc., et al. | CV-12-796025 | Civil suit | Court of Common Pleas | Cuyahoga County | Pending |
| Jacquelyn Huron, et al. v. E-merging Technologies Group, Inc., et al. | CV-13-812818 | Civil suit | Court of Common Pleas | Cuyahoga County | Pending |

**b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description of Property | Value of Property |
|---|---|---|---|
| | | | |

None

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Reposesion, Forclosure Sale, Transfer or Return | Description of Property | Value of Property |
|---|---|---|---|
| | | | |

None

**6. Assignments and receiverships**

**a.** Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|
| | | |

None

**b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court | Description and Value of property | Date of Order | Case Title and Number |
|---|---|---|---|---|
| | | | | |

None

### 7. Gifts

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, If Any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| American Cancer Society | None | 11/07/2014 | $108.00; Poinsettas |
| Westlake Girls Softball Association | None | 03/31/2015 | $295.00; Sponsorship of softball team |

### 8. Losses

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description or Circumstance and, if Loss was Covered in Whole or in part by Insurance, Give Particulars | Date of Loss |
|---|---|---|
| | None | |

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment | Name of Payer if other than debtor | Amount of Money or Description and Value of Property |
|---|---|---|---|
| Brouse McDowell, LPA<br>388 S. Main Street, Suite 500<br>Akron, OH 44311 | 05/29/2015 | | $7,500.00 |

### 10. Other transfers

**a.** List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|
| | None | |

**b.** List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**(Question 10b cont)**

| Name of Trust or Other Device | Date (s) of Transfers | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
|---|---|---|
| | None | |

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account | Last 4 Digits of Account No | Amount of Final Balance | Amount of Sale/ Closing | Date of Sale/ Closing |
|---|---|---|---|---|---|
| | | None | | | |

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Address of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|
| | | None | |

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|
| | None | |

Generated using CasefilePRO™

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description | Location of Property | Value of Property |
| --- | --- | --- | --- |

**None**

### 15. Prior address of debtor

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy: Begin: | End: |
| --- | --- | --- | --- |

**None**

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Name

**None**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**a.** List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
| --- | --- | --- | --- |

**None**

**b.** List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None

**c.** List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

None

---

**18 . Nature, location and name of business**

**a.** *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| Name | Last Four Digits of SSN or Other ITIN/ Complete EIN | Address | Nature of Business | Beginning Date | Ending Date |
|---|---|---|---|---|---|
| Canadian E-merging Technologies Group ULC | 98-1050334 | 22021 Brookpark Road, Suite 130 Fairview Park, OH 44126 | Wholly-owned subsidiary | 03/22/2012 | |

**b.** Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|---|---|

None

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

**a.** List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered: Begin: | End: |
| --- | --- | --- |
| Michael Knight<br>26957 Valeside Lane<br>Olmsted Twp., OH 44138 | 10/01/2010 | 12/31/2014 |

**b.** List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| Name | Address | Dates Services Rendered: Begin: | End: |
| --- | --- | --- | --- |
| Apple Growth Partners | 6155 Rockside Road<br>Independence, OH 44131 | 12/31/2010 | 12/31/2013 |

**c.** List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| Name | Address |
| --- | --- |
| None | |

**d.** List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| Name and Address | Dates Issued |
| --- | --- |
| Charter One Bank<br>525 William Penn Place<br>Pittsburgh, PA 15219 | 12/31/10, 12/31/11, 12/31/12, 12/31/13 |

**20. Inventories**

**a.** List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Dollar Amount of Inventory | Basis |
| --- | --- | --- | --- |
| None | | | |

**b.** List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| Date of Inventory | Name and Address of Custodian of Inventory Record |
| --- | --- |
| None | |

**21 . Current Partners, Officers, Directors and Shareholders**

**a.** If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and Address | Nature of interest | Percentage of Interest |
|---|---|---|
| | None | |

**b.** If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Jeremy A. Samide<br>3576 Downing Street<br>Westlake, OH 44145 | C.E.O./Shareholder/Director | 50% Common Stock |
| Ann Katigbak<br>28505 Osborn Road<br>Bay Village, OH 44140 | Executive V.P./Shareholder/Director | 50% Common Stock |

**22 . Former partners, officers, directors and shareholders**

**a.** If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| Name | Address | Date of Withdrawal |
|---|---|---|
| | None | |

**b.** If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| Name and Address | Title | Date of Termination |
|---|---|---|
| Michael A. Knight<br>26957 Valeside Lane<br>Olmsted Twp., OH 44138 | C.F.O. & Treasurer | 12/31/2014 |

**23 . Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| Name of Recipient, Relationship to Debtor | Date and Purpose of Withdrawal | Amount of Money or Description and Value of Property |
|---|---|---|
| | None | |

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| Name of Parent Coporation | Taxpayer-Identification Number (EIN) |
| --- | --- |

None

---

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| Name of Pension Fund | Taxpayer-Identification Number (EIN) |
| --- | --- |

None

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature of Debtor _____

Date _____    Signature of Joint
                                   Debtor (if any) _____

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  6/3/15          Signature  *Ann Katigbak*

                      Print Name
                      and Title     Ann Katigbak/ Executive Vice President

        *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

                      __0__   continuation sheets attached

        *Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed Name and title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____         _____
Signature of Bankruptcy Petition Preparer                                 Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# CREDITOR MATRIX

Accuvant, Inc.
1125 17th Street, Suite 170
Denver CO 80202

Ann Katigbak
28505 Osborn Road
Bay Village OH 44140

AT&T Uverse - SJ
PO Box 6463
Carol Stream IL 60197-6463

Bayport Plaza, LLC
Attn:  Doug Kopf, Facility Supervisor
643 Bair Island Road, Suite 100
Redwood City CA 94065

Ben Pijor
3125 Englewood Drive
Stow OH 44224

Benach Ragland LLP
1333 H Street, NW
Suite 900 West
Washington DC 20005

Brouse McDowell, LPA
Attn:  Todd Baumgartner
600 Superior Avenue East
Suite 1600
Cleveland OH 44114

Bruce Rather
2727 Quincy Street #1213
Arlington VA 22206

Bullockrm LLC
Attn:  Renee Bullock
11504 Accord CT.
Fredericksburg VA 22408

Calfee, Halter & Griswold
1405 East Sixth Street
Cleveland OH 44114-1607

Carlsburg Reindorf
7313 Early Market Court
Gainesville VA 20155

Central Ohio ISSA
PO Box 71
Dublin OH 43017

Chamari Group
Attn: Charles Fogle
P.O. Box 8172
Columbus GA 31908

Charles Wooliver
41 Stonebridge Crossing Drive
Maryville IL 62062

Chubb Group of Insurance Companies
PO Box 382001
Pittsburgh PA 15250-8001

Cloud Harmonics, Inc
440 N. Wolfe Road
Sunnyvale CA 94085

Comcast Communications
PO Box 3005
Southeastern PA 19398-3005

Comcast Communications 7
PO Box 3006
Southeastern PA 19398-3006

Cooney Enterprise LLC
Attn: Charlene Cooney
10515 Goldwater Lane
Riverview FL 33578

Courtland Jones
2587 John Milton Drive
Herndon VA 20171

Cox Communications
PO Box 9001817
Louisville KY 40290-1817

Cunningham Security
1207 Quash Street
Hampton VA 23669

DC Metro Police Department
Office of Contracting & Procurement
Attn: Shafiq R. Choudhary
441 4th Street, N.W.
Washington DC 20001

Elisa May Tejano
3101 North Hampton Drive, Unit 1315
Alexandria VA 22302

Elizabeth Mireles
18 Toliver Lane
Stafford VA 22554

Ernestine Branson
5612 Pinfish Court
Waldorf MD 20603

Estate of Don L. Heestand
c/o Christine Heestand
7520 Hillbrook Oval
Brecksville OH 44141

GBQ Consulting
230 West St. Suite 700
Columbus OH 43215

GHBA
PO Box 9260
Chelsea MA 02150-9260

Howard Denson
5678 Northton Court
Woodbridge VA 22193

Howard Warren
5201 West Mapleshade Lane
Upper Marlboro MD 20772

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland OH 44199

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Jacquelyn Huron
c/o Daniel M. Connell, Esq.
737 Bolivar Road, Suite 4400
Cleveland OH 44115

Jacquelyn Huron
35088 Fairway Drive
Avon OH 44011

Janet McMaster
14120 Beech Avenue
Cleveland OH 44111

Jeremiah Hanafin
4829 North 25th Road
Arlington VA 22207

Jeremy A. Samide
3576 Downing Street
Westlake OH 44145

Jonathan Ober

P.O. Box 1184
Matthews VA 23109

Joseph Root
58 Melanie Hollow Lane
Fredericksburg VA 22405

Karen Palya
7843 Doane Court
Springfield VA 22152

Katrina Robertson
8705 Homeport Landing Place
Laplata MD 20646

Keith Browning
809 Devonshire Circle
Purcellville VA 20132

Kevin Doughty
7933 Blue Gray Circle
Manassas VA 20109

Laura Anderson
11305 Cocobolo Place
Waldorf MD 20603

Lewis Merletti
2444 Richmond Road
Beachwood OH 44122

Lewis Merletti
c/o Richard C. Haber, Esq.
737 Bolivar Road, Suite 4400
Cleveland OH 44115

Margaret Morales
101 Crossing Road
Fredericksburg VA 22406

Mathew Borger
7134 Water Oak Run #246
Elkridge MD 21075

MBO Partners, Inc.
PO Box 823673
Philadelphia PA 19182-3673

McDonald Hopkins, LLC
600 Superior Avenue East #2100
Cleveland OH 44114

Michael McKinney
6019 Otterdale Road
Mosley VA 23120

Michael Richmond
25050 Riding Plaza Suite 130-213
Chantilly VA 20152

Mike Scott
2605 Bradshaw Terrace
Silver Spring MD 20905

Northern VA Pre-Employment & Polygraph Sv
7885 Coppermine Drive
Manassas VA 20109

Nothern Virginia Pre-Employment Polygraph Svcs LLC
Attn: Darryl Debow
7885 Coppermine Drive
Manassas VA 20109

Ohio Attorney General
Attn: Bankruptcy Staff
Collection Enforcement Section
150 E. Gay Street, 21st Floor
Columbus OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
P.O. Box 15567
Columbus OH 43215-0567

Ohio Department of Job & Family Services
Attn: Contributions
P.O. Box 182404
Columbus OH 43218-2404

Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus OH 43216-0530

Polygraph and Assessment Services
Attn: Nate Perkins
808 Shoal Creek Trail
Chesapeake VA 23320

Richard Goodpasture
13432 Farrington Road
Ashland VA 23005

Richard Vines
7294 Sedge Court
New Kent VA 23124

Ronald Fox
3140 Mt Vernon Hickory Mountain Road
Siler City NC 27344

Samantha Rue

3310 Persimmon Road
Grovespring MO 65662


San Jose Police Department
Attn: Chief of Police
201 W. Mission Street
San Jose CA 95110


Science Applications International Corp.
Leidos, Inc.
PO Box 223058
Pittsburgh PA 15251-2058


Security Investigation
Attn: Rosemarie Shefferman
7806 HiddenMeadow Terrace
Potomac MD 20854


Stallard Schrier Family Limited Partnership
Attn: Nicholas J. Stallard
22021 Brookpark Road
Fairview Park OH 44126


Stephen Heestand
c/o Richard C. Haber, Esq.
737 Bolivar Road, Suite 4400
Cleveland OH 44115


Stephen Heestand
4391 Karen Lynne Drive
Broadview Heights OH 44147


Stephen Sekula
7 Crestview Drive
Stafford VA 22556


Susan Thornberg
6069 Tinley Mill Drive
Haymarket VA 20169


The Boeing Company
c/o Boeing Planning & Real Estate
Attn: Real Estate Manager
325 J.S. McDonnell Blvd.
Hazelwood MO 63042


Thomas Richardson
913 Herons Run Lane
Woodbridge VA 22191


Timothy Schroeder
12844 Fantasia Drive
Herndon VA 20170


Todd Kirkwood
12965 Stratford Trail

Generated using CasefilePRO™

Chesterland OH 44026

Triple A Logistic Service
PO Box 610
Annandale VA 22003

TRZ Business Services, Inc.
PO Box 6211
Akron OH 44312

Veritas Forensic Evaluation
107 Rice Street
Verryville VA 22611

William Mullin
14391 Dunwoody Court
Gainesville VA 20155

Winnie Miller
1613 Whistling Swan Way
Woodbridge VA 22191

Generated using CasefilePRO™

# United States Bankruptcy Court
## Northern District of Ohio

In re   E-merging Technologies Group, Inc.              Case No.   15-

                                Debtor(s)           Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I, Ann Katigbak, Executive Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____6/3/15_____              _____

                               Ann Katigbak, Executive Vice President
                               Signer/Title