Case No: 15-13164  AIH  Judge: ARTHUR I. HARRIS  
Case Name: E-MERGING TECHNOLOGIES GROUP, INC.,  
For Period Ending: 03/31/18  (6th reporting period for this case)

Trustee Name: DAVID O. SIMON, TRUSTEE  
Date Filed (f) or Converted (c): 06/03/15 (f)  
341(a) Meeting Date: 07/13/15  
Claims Bar Date: 11/12/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 24,763.94 | 1.00 | | 169,128.30 | FA |
| 2. Security Deposits - The Boeing Company | 17,756.66 | 0.00 | | 0.00 | FA |
| 3. Security Deposits - Bayport Plaza | 2,886.00 | 0.00 | | 0.00 | FA |
| 4. Whole life insurance policies | 9,048.97 | 1.00 | | 21,479.67 | FA |
| 5. Interest in business: 100% wholly-owned subsidiary | 0.00 | 1.00 | | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. 2014 Withholding for E-merging Technolgies Group | 25,732.94 | 25,732.94 | | 10,382.89 | FA |
| 8. Counterclaim against former chairman | 0.00 | 1.00 | | 550,000.00 | FA |
| 9. Office Furniture - Brookpark Road | 1,118.00 | 1.00 | | 17,475.20 | FA |
| 10. Office Furniture - Bair Island Road | 7,176.00 | 1.00 | | 1,400.00 | FA |
| 11. Office Furniture - Sunrise Valley Drive | 958.00 | 1.00 | | 2,500.00 | FA |
| 12. Polygraph Equipment - Sunrise Valley Drive | 28,547.00 | 1.00 | | 2,500.00 | FA |
| 13. Polygraph Equipment - Bair Island Road | 23,530.00 | 1.00 | | 1,400.00 | FA |
| 14. Accuvant, Inc. - Account Receivable | 55,093.75 | 55,093.75 | | 55,093.75 | FA |
| 15. AdminServ - Account Receivable | 15,047.20 | 0.00 | | 0.00 | FA |
| 16. Corporation d'Investissements - Account Receivable | 1,994.55 | 1,994.55 | | 1,994.55 | FA |
| 17. DC Metro - Account Receivable | 45,033.94 | 45,033.94 | | 45,033.94 | FA |
| 18. DIA - New Contract - Account Receivable | 168,140.72 | 168,140.72 | | 28,488.00 | FA |
| 19. Keene Building Products - Account Receivable | 11,414.67 | 8,204.87 | | 8,204.87 | FA |
| 20. Leidos - ESmarts - Account Receivable | 102,328.23 | 0.00 | | 0.00 | FA |
| 21. LNE Group - Account Receivable | 2,101.52 | 2,101.52 | | 2,101.52 | FA |
| 22. Loeb & Loeb - Account Receivable | 250.00 | 0.00 | | 0.00 | FA |
| 23. MicroTechnologies, LLC - Account Receivable | 6,996.80 | 6,996.80 | | 6,996.80 | FA |
| 24. Premier Physicians Centers - Account Receivable | 20,723.77 | 20,723.77 | | 20,723.77 | FA |
| 25. Princeton Holdings Ltd. - Account Receivable | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 26. San Jose Fire Dept. - Account Receivable | 1,405.52 | 1,405.52 | | 1,405.52 | FA |

LFORM1

Ver: 20.00h

Case No: 15-13164 AIH Judge: ARTHUR I. HARRIS  Trustee Name: DAVID O. SIMON, TRUSTEE
Case Name: E-MERGING TECHNOLOGIES GROUP, INC.,  Date Filed (f) or Converted (c): 06/03/15 (f)
341(a) Meeting Date: 07/13/15
Claims Bar Date: 11/12/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. SJPD - Account Receivable | 16,866.24 | 9,237.64 | | 9,237.64 | FA |
| 28. Summit Construction Co. - Account Receivable | 5,451.26 | 5,451.26 | | 5,451.26 | FA |
| 29. Urban Community School - Account Receivable | 5,585.00 | 5,585.00 | | 5,585.00 | FA |
| 30. Vencore, Inc. - Account Receivable | 20,540.52 | 16,805.88 | | 16,805.88 | FA |
| 31. William Harris Investments - Account Receivable | 19,532.09 | 19,532.09 | | 19,532.09 | FA |
| 32. USIS - Name Check - Account Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 33. Rebate/Refund (u) | 0.00 | 1,307.01 | | 1,307.01 | FA |
| 34. AT&T Settlement (u) | 0.00 | 88.00 | | 88.00 | FA |
| 35. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 36. possible legal malpractice claim (u) | 0.00 | 1.00 | | 0.00 | FA |
| 37. Preference Claim - Jeremy Samide | 272,970.60 | 272,970.60 | | 0.00 | FA |
| 38. Preference Claim - Michael Knight | 176,552.21 | 11,250.00 | | 11,250.00 | FA |
| 39. Preference Claim - Ann Katigbak | 176,552.21 | 176,552.21 | | 0.00 | FA |
| 40. Preference Claim - Brouse McDowell | 15,688.00 | 15,688.00 | | 0.00 | FA |
| 41. Fraudulent Transfer Claim - McDonald Hopkins | 44,291.94 | 44,291.94 | | 0.00 | FA |
| 42. Preference Claim - Tristate Capital Bank | 198,563.00 | 198,563.00 | | 0.00 | FA |
| 43. Preference Claim - Michael Brediger | 100,080.00 | 0.00 | | 0.00 | FA |
| 44. Preference Claim - Bob Pisatero | 180,105.00 | 0.00 | | 0.00 | FA |
| 45. Preference Claim - Calfee (u) | 0.00 | 7,380.00 | | 7,380.00 | FA |
| 46. PREFERENCE CLAIM | 69,009.08 | 11,600.00 | | 11,600.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,881,835.33    $1,139,741.01        $1,042,545.66    $0.00

(Total Dollar Amount in Column 6)

LFORM1

Ver: 20.00h

Case No: 15-13164  AIH  Judge: ARTHUR I. HARRIS  Trustee Name: DAVID O. SIMON, TRUSTEE
Case Name: E-MERGING TECHNOLOGIES GROUP, INC.,  Date Filed (f) or Converted (c): 06/03/15 (f)
341(a) Meeting Date: 07/13/15
Claims Bar Date: 11/12/15

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PENDING SALE OF REMNANT ASSETS (4/24); AWAITING PROMPT DETERMINATION ON FINAL TAX RETURN FROM IRS.

RE PROP# 5---Canadian E-merging Technologies Group

RE PROP# 7---Withholding on payments received from customers in Canada.

RE PROP# 9---including electronics

RE PROP# 15---Account receivable offset by claim #47 filed by Leidos

RE PROP# 19---A review of the ledgers and statements provided to the Trustee indicate that Keene paid in full. No outstanding invoices were located.

RE PROP# 20---Account receivable offset by claim #47 filed by Leidos

RE PROP# 22---Invoice located is from 2011. Very old and insufficient to collect.

RE PROP# 27---Received documents to verify remaining balance is $1,155.90.

RE PROP# 30---per Citizens Bank records, Vencore paid $3,734.64 to ETG on 7/13/15 via electronic funds transfer. Zero balance due.

RE PROP# 36---Determined that there is no recoverable claim.

RE PROP# 37---This claim was released as part of the court approved settlement with Jacquelyn Huron and Sephen Heestand.

RE PROP# 38---Settled per Order Granting Trustee's Motion To Compromise Avoidance Claims entered 7/12/17

RE PROP# 39---Trustee determined this claim cannot be collected.

RE PROP# 40---Ordinary course payments

RE PROP# 41---Proof of claim amended and reduced to account for alleged preference claim.

RE PROP# 42---This is part of the Jeremy Samide claim - see asset #37.

RE PROP# 43---Settled per Order Granting Trustee's Motion To Compromise Avoidance Claims entered 7/12/17

RE PROP# 44---Settled per Order Granting Trustee's Motion To Compromise Avoidance Claims entered 7/12/17

RE PROP# 45---Settled per Order Granting Trustee's Motion To Compromise Avoidance Claims entered 7/12/17

RE PROP# 46---Compromised pursuant to court order

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 06/30/18

/s/ DAVID O. SIMON, TRUSTEE
_____ Date: 04/17/18
DAVID O. SIMON, TRUSTEE

LFORM1  Ver: 20.00h

| | | |
|---|---|---|
| Case No: | 15-13164   AIH   Judge: ARTHUR I. HARRIS | Trustee Name: DAVID O. SIMON, TRUSTEE |
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | Date Filed (f) or Converted (c): 06/03/15 (f) |
| | | 341(a) Meeting Date: 07/13/15 |
| | | Claims Bar Date: 11/12/15 |

LFORM1

Ver: 20.00h

| Case No: | 15-13164 -AIH | | Trustee Name: | DAVID O. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******6545 Checking Account |
| Taxpayer ID No: | *******5979 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/17 | | BANK OF KANSAS CITY | TRANSFER FROM PRECECESSOR TRUSTEE | 9999-000 | 593,510.08 | | 593,510.08 |
| 07/31/17 | 38 | MICHAEL KNIGHT | PREFERENCE PAYMENT | 1141-000 | 11,250.00 | | 604,760.08 |
| 07/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 113.82 | 604,646.26 |
| 08/03/17 | 45 | CALFEE HALTER | PREFERENCE PAYMENT | 1241-000 | 7,380.00 | | 612,026.26 |
| 08/23/17 | 46 | AMERICAN EXPRESS | PREFERENCE PAYMENT | 1141-000 | 11,600.00 | | 623,626.26 |
| 08/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 908.46 | 622,717.80 |
| 09/29/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 895.68 | 621,822.12 |
| 10/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 924.21 | 620,897.91 |
| 11/18/17 | | INTERNAL REVENUE SERVICE P O BOX 7317 PHILADELPHIA, PA 19101-7317 | Withheld Medicare | 5300-000 | | 535.21 | 620,362.70 |
| 11/18/17 | | INTERNAL REVENUE SERVICE P O BOX 7317 PHILADELPHIA, PA 19101-7317 | Withheld Social Security | 5300-000 | | 2,288.44 | 618,074.26 |
| 11/18/17 | | INTERNAL REVENUE SERVICE P O BOX 7317 PHILADELPHIA, PA 19101-7317 | Federal Withholding | 5300-000 | | 7,382.07 | 610,692.19 |
| 11/18/17 | 001000 | Janet McMaster 14120 Beech Avenue Cleveland OH 44111 | Claim 000002, Payment 100.00000% | 5300-000 | | 2,548.38 | 608,143.81 |
| 11/18/17 | 001001 | Karen Palya 7843 Doane Court Springfield VA 22152 | Claim 000003, Payment 100.00000% | 5300-000 | | 5,557.06 | 602,586.75 |
| 11/18/17 | 001002 | Michael L. Scott 2605 Bradshaw Terrace Silver Spring MD 20905 | Claim 000015, Payment 100.00000% | 5300-000 | | 3,007.40 | 599,579.35 |
| 11/18/17 | 001003 | Elisa May Tejano 3101 North Hampton Drive, Unit 1315 Alexandria VA 22302 | Claim 000026, Payment 100.00000% | 5300-000 | | 1,051.49 | 598,527.86 |
| 11/18/17 | 001004 | Todd Kirkwood | Claim 000027, Payment 100.00000% | 5300-000 | | 5,181.76 | 593,346.10 |

LFORM2T4

Ver: 20.00h

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-13164 -AIH | | Trustee Name: | DAVID O. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******6545 Checking Account |
| Taxpayer ID No: | *******5979 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/17 | 001005 | 12965 Stratford Trail<br>Chesterland OH 44026<br>Samantha Rue<br>408 Perry Street<br>Lebanon, MO 65536 | Claim 000032, Payment 100.00000% | 5300-000 | | 3,189.66 | 590,156.44 |
| 11/18/17 | 001006 | Howard Warren<br>5201 West Mapleshade Lane<br>Upper Marlboro MD 20772 | Claim 000035, Payment 100.00000% | 5300-000 | | 4,692.48 | 585,463.96 |
| 11/18/17 | 001007 | Attorney General State of Ohio<br>Collections<br>150 E. Gay St. 21st Floor<br>Columbus, OH 43215 | Withheld State Income Tax | 5300-000 | | 1,476.43 | 583,987.53 |
| * 11/18/17 | 001008 | INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Employer Match - Social Secuity | 5800-000 | | 2,288.44 | 581,699.09 |
| * 11/18/17 | 001009 | INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Employer Match - Medicare | 5800-000 | | 535.21 | 581,163.88 |
| 11/18/17 | 001010 | Jonathan Ober<br>368 Cata Road<br>Cumberland, VA 23040 | Claim 000005, Payment 100.00000% | 5300-000 | | 2,250.00 | 578,913.88 |
| 11/18/17 | 001011 | William Mullin<br>14391 Dunwoody Court<br>Gainesville VA 20155 | Claim 000007, Payment 100.00000% | 5300-000 | | 1,680.00 | 577,233.88 |
| 11/18/17 | 001012 | Richard Vines<br>7294 Sedge Court<br>New Kent VA 23124 | Claim 000008, Payment 100.00000% | 5300-000 | | 2,975.00 | 574,258.88 |
| 11/18/17 | 001013 | Cooney Enterprise LLC<br>Attn: Charlene Cooney<br>10515 Goldwater Lane<br>Riverview FL 33578 | Claim 000009, Payment 100.00000% | 5300-000 | | 7,500.00 | 566,758.88 |

LFORM2T4

Ver: 20.00h

| Case No: | 15-13164 -AIH | | Trustee Name: | DAVID O. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******6545 Checking Account |
| Taxpayer ID No: | *******5979 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/17 | 001014 | Joseph Root<br>58 Melanie Hollow Lane<br>Fredericksburg VA 22405 | Claim 000010, Payment 100.00000% | 5300-000 | | 2,700.00 | 564,058.88 |
| 11/18/17 | 001015 | Timothy Schroeder<br>845 McGuire Circle<br>Berryville, VA 22611 | Claim 000012, Payment 100.00000% | 5300-000 | | 6,262.50 | 557,796.38 |
| 11/18/17 | 001016 | Michael Richmond<br>25050 Riding Plaza Suite 130-213<br>Chantilly VA 20152 | Claim 000013, Payment 100.00000% | 5300-000 | | 6,650.00 | 551,146.38 |
| 11/18/17 | 001017 | Bruce Rather<br>2727 Quincy Street #1213<br>Arlington VA 22206 | Claim 000016, Payment 100.00000% | 5300-000 | | 2,000.00 | 549,146.38 |
| 11/18/17 | 001018 | Winnie Miller<br>1613 Whistling Swan Way<br>Woodbridge VA 22191 | Claim 000017, Payment 100.00000% | 5300-000 | | 1,330.00 | 547,816.38 |
| 11/18/17 | 001019 | MBO Partners Inc.<br>13454 Sunrise Valley Dr. Suite 300<br>Herndon, VA 20171 | Claim 000018, Payment 100.00000% | 5300-000 | | 6,750.00 | 541,066.38 |
| 11/18/17 | 001020 | MBO Partners Inc.<br>13454 Sunrise Valley Dr. Suite 300<br>Herndon, VA 20171 | Claim 000019, Payment 100.00000% | 5300-000 | | 7,000.00 | 534,066.38 |
| 11/18/17 | 001021 | Mathew Borger<br>7134 Water Oak Run #246<br>Elkridge MD 21075 | Claim 000021, Payment 100.00000% | 5300-000 | | 3,150.00 | 530,916.38 |
| 11/18/17 | 001022 | Elizabeth Mireles<br>18 Toliver Lane<br>Stafford VA 22554 | Claim 000022, Payment 100.00000% | 5300-000 | | 1,540.00 | 529,376.38 |
| 11/18/17 | 001023 | Bullockrm LLC<br>Attn: Renee Bullock<br>11504 Accord CT.<br>Fredericksburg VA 22408 | Claim 000023, Payment 100.00000% | 5300-000 | | 6,300.00 | 523,076.38 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-13164 -AIH | | Trustee Name: | DAVID O. SIMON, TRUSTEE |
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******6545  Checking Account |
| Taxpayer ID No: | *******5979 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 11/18/17 | 001024 | Thomas Richardson<br>913 Herons Run Lane<br>Woodbridge VA 22191 | Claim 000024, Payment 100.00000% | 5300-000 | | 1,680.00 | 521,396.38 |
| 11/18/17 | 001025 | Richard Goodpasture<br>13432 Farrington Road<br>Ashland VA 23005 | Claim 000025, Payment 100.00000% | 5300-000 | | 900.00 | 520,496.38 |
| 11/18/17 | 001026 | Chamari Group<br>Attn: Charles Fogle<br>P.O. Box 8172<br>Columbus GA 31908 | Claim 000029, Payment 100.00000% | 5300-000 | | 7,000.00 | 513,496.38 |
| 11/18/17 | 001027 | Ronald Fox<br>3140 Mt Vernon Hickory Mountain Road<br>Siler City NC 27344 | Claim 000030, Payment 100.00000% | 5300-000 | | 7,500.00 | 505,996.38 |
| 11/18/17 | 001028 | Katrina Robertson<br>8705 Homeport Landing Place<br>Laplata MD 20646 | Claim 000031, Payment 100.00000% | 5300-000 | | 4,950.00 | 501,046.38 |
| 11/18/17 | 001029 | Michael McKinney<br>6019 Otterdale Road<br>Mosley VA 23120 | Claim 000033, Payment 100.00000% | 5300-000 | | 1,800.00 | 499,246.38 |
| 11/18/17 | 001030 | Jeremiah Hanafin<br>4829 North 25th Road<br>Arlington VA 22207 | Claim 000037, Payment 100.00000% | 5300-000 | | 1,350.00 | 497,896.38 |
| 11/18/17 | 001031 | Susan Thornberg<br>6069 Tinley Mill Drive<br>Haymarket VA 20169 | Claim 000046, Payment 100.00000% | 5300-000 | | 1,680.00 | 496,216.38 |
| 11/30/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 884.44 | 495,331.94 |
| 12/04/17 | | INTERNAL REVENUE SERVICE | Employer Match - Medicare | 5800-000 | | 535.21 | 494,796.73 |
| 12/04/17 | | INTERNAL REVENUE SERVICE | Employer Match - Social Security | 5800-000 | | 2,288.44 | 492,508.29 |
| * 12/04/17 | | DEPARTMENT OF TREASURY | PAYROLL TAX DEPOSIT - WAGE CLAIMS | 2810-000 | | 13,029.37 | 479,478.92 |
| | | INTERNAL REVENUE SERVICE | | | | | |
| * 12/04/17 | | DEPARTMENT OF TREASURY | PAYROLL TAX DEPOSIT - WAGE CLAIMS | 2810-000 | | -13,029.37 | 492,508.29 |

LFORM2T4

Ver: 20.00h

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-13164 -AIH | | Trustee Name: | DAVID O. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******6545 Checking Account |
| Taxpayer ID No: | *******5979 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| * 12/04/17 | 001008 | INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | DOUBLE POSTED<br>Employer Match - Social Secuity<br>WIRED | 5800-000 | | -2,288.44 | 494,796.73 |
| * 12/04/17 | 001009 | INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Employer Match - Medicare<br>WIRED | 5800-000 | | -535.21 | 495,331.94 |
| 12/29/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 770.80 | 494,561.14 |
| 01/04/18 | 001032 | INSURANCE PARTNERS AGENCY | | 2300-000 | | 215.16 | 494,345.98 |
| 01/13/18 | 001033 | CENTRAL COLLECTION AGENCY | EIN 34-1895979<br>FORM 120-17-BR BALANCE DUE FOR YEAR<br>ENDED 12/31/17 | 2820-000 | | 764.00 | 493,581.98 |
| 01/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 739.29 | 492,842.69 |
| 02/28/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 663.87 | 492,178.82 |
| * 03/22/18 | 001024 | Thomas Richardson<br>913 Herons Run Lane<br>Woodbridge VA 22191 | Stop Payment Reversal<br>STOP PAYMENT | 5300-000 | | -1,680.00 | 493,858.82 |
| 03/28/18 | 001034 | CLERK U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS<br>THOMAS RICHARDSON, CLAIM #24 | 5300-001 | | 1,680.00 | 492,178.82 |
| 03/30/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 733.78 | 491,445.04 |

LFORM2T4

Ver: 20.00h

15-13164-aih    Doc 137    FILED 04/17/18    ENTERED 04/17/18 13:17:20    Page 9 of 17

| Case No: | 15-13164 -AIH | | Trustee Name: | DAVID O. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******6545 Checking Account |
| Taxpayer ID No: | *******5979 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| Account *******6545 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 3 | Deposits | | 30,230.00 | 45 | Checks | 125,660.69 |
| 0 | Interest Postings | | 0.00 | 9 | Adjustments Out | 6,634.35 |
| | Subtotal | $ | 30,230.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | | 0.00 | | Total | $ 132,295.04 |
| 1 | Transfers In | | 593,510.08 | | | |
| | Total | $ | 623,740.08 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-13164 -AIH | Trustee Name: | DAVID O. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******5326  Checking |
| Taxpayer ID No: | *******5979 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/23/15 | 28, 29 | Summit Construction Co., Inc.<br>1095 Home Avenue<br>Akron, OH 44310 | Account(s) Receivable(s) | 1121-000 | 11,036.26 | | 11,036.26 |
| 06/23/15 | 17 | Fav Metropolitan Police Dept.<br>DC Metro | Account(s) Receivable(s) | 1121-000 | 45,033.94 | | 56,070.20 |
| 06/24/15 | 23 | Microtech<br>8330 Boone Blvd., #600<br>Vienna, VA 22182 | Account(s) Receivable(s) | 1121-000 | 6,996.80 | | 63,067.00 |
| 06/24/15 | 19 | Keene Building Products<br>5885 Landerbrook Dr., #140<br>Mayfield Hts., OH 44124 | Account(s) Receivable(s)<br>Payment of invoice #3416 dated 4/30/15 | 1121-000 | 2,353.02 | | 65,420.02 |
| 06/24/15 | 33 | Microsoft<br>29011 Commerce Center Drive<br>Valencia, CA 91355 | rebate/refund | 1229-000 | 426.11 | | 65,846.13 |
| 06/26/15 | 19 | Dependable, LLC<br>5885 Landerbrook Dr., #140<br>Mayfield Hts., OH 44124 | Account(s) Receivable(s) | 1121-000 | 30.00 | | 65,876.13 |
| 06/29/15 | 010001 | Chubb & Son | | 2420-000 | | 6,138.15 | 59,737.98 |
| 06/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 13.09 | 59,724.89 |
| 07/08/15 | 31 | William Harris Investors, Inc. | Account(s) Receivable(s) | 1121-000 | 19,532.09 | | 79,256.98 |
| 07/08/15 | 7 | Government of Canada | Tax Return | 1124-000 | 13,717.65 | | 92,974.63 |
| 07/08/15 | 21 | LNE Group | Account(s) Receivable(s) | 1121-000 | 2,101.52 | | 95,076.15 |
| 07/08/15 | 4 | Erie Family Life Insurance | LIFE INSURANCE PROCEEDS | 1129-000 | 12,646.87 | | 107,723.02 |
| 07/10/15 | 4 | Erie Family Insurance | LIFE INSURANCE PROCEEDS | 1129-000 | 8,832.80 | | 116,555.82 |
| 07/13/15 | 010002 | Bayport Plaza, LLC<br>643 Bair Island Rd. #100<br>Redwood City, CA 94063 | shredding in CA office | 2420-000 | | 337.48 | 116,218.34 |
| 07/21/15 | * NOTE * | Citizens Bank<br>One Citizens Drive<br>Riverside, RI 02915-3000 | funds on deposit<br>* NOTE *  Properties 1, 14, 16, 30 | | 216,536.24 | | 332,754.58 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-13164 -AIH | Trustee Name: | DAVID O. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******5326  Checking |
| Taxpayer ID No: | *******5979 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | E-MERGING TECHNOLOGIES GROUP, INC., | Memo Amount:  168,599.70 | 1129-000 | | | |
| | | | funds on deposit | | | | |
| | | VENCORE, INC. | Memo Amount:  10,848.24 | 1121-000 | | | |
| | | | Account(s) Receivable(s) | | | | |
| | | CORPORATION D'INVESTISSEMENTS | Memo Amount:  1,994.55 | 1121-000 | | | |
| | | | Account(s) Receivable(s) | | | | |
| | | ACCUVANT, INC. | Memo Amount:  35,093.75 | 1121-000 | | | |
| | | | Account(s) Receivable(s) | | | | |
| 07/21/15 | 1 | Citizens Bank | funds on deposit | 1129-000 | 3,734.64 | | 336,489.22 |
| | | One Citizens Drive | | | | | |
| | | Riverside, RI  02915-3000 | | | | | |
| 07/21/15 | | GOVERNMENT OF CANADA | Conversion Canadian to US dollars | 1124-000 | | 3,334.76 | 333,154.46 |
| 07/27/15 | 19 | Keene Building Products | Account(s) Receivable(s) | 1121-000 | 5,821.85 | | 338,976.31 |
| | | 5885 Landerbrook Dr., #140 | Payment of invoice #3451 dated 5/31/15 | | | | |
| | | Mayfield Hts., OH 44124 | | | | | |
| 07/29/15 | 11, 12 | BlueLaw International | sale of VA office assets | 1129-000 | 5,000.00 | | 343,976.31 |
| 07/31/15 | 010003 | Erie Family Life Insurance | refund of overpayment on Life Insurance | 8500-000 | | 965.00 | 343,011.31 |
| | | Service Center | | | | | |
| | | PO Box 83026 | | | | | |
| | | Lincoln, NE  68501 | | | | | |
| 07/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 219.23 | 342,792.08 |
| 08/05/15 | 34 | ATTM Settlement | settlement proceeds | 1229-000 | 88.00 | | 342,880.08 |
| 08/10/15 | 9 | Grossman, Inc. | auction proceeds | 1129-000 | 17,475.20 | | 360,355.28 |
| 08/10/15 | 27 | City of San Jose | Account(s) Receivable(s) | 1121-000 | 8,081.74 | | 368,437.02 |
| | | Finance - Disbursements | Payment of invoice #3410 dated April 30, 2015 | | | | |
| | | 200 East Santa Clara Street | | | | | |
| | | San Jose, CA 95113-1905 | | | | | |
| 08/12/15 | 010004 | Paychex Inc. | final payroll tax returns, W-2s | 2990-000 | | 814.19 | 367,622.83 |
| | | ATTN:  Pam Gallegly | | | | | |
| | | 100 E. Hines Hill Road | | | | | |
| | | Hudson, OH  44236 | | | | | |

LFORM2T4

Ver: 20.00h

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 15-13164 -AIH | Trustee Name: | DAVID O. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******5326 Checking |
| Taxpayer ID No: | *******5979 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/15 | 010005 | The Stallard Schrier Family Limited Partnership | administrative rent | 2410-000 | | 8,000.00 | 359,622.83 |
| 08/18/15 | 10, 13 | The Leap Center/Patrick Coffey | purchase of equipment | 1129-000 | 2,800.00 | | 362,422.83 |
| 08/25/15 | 33 | Meritain Health | refund<br>Refund from Rockingham Memorial Hospital | 1229-000 | 43.92 | | 362,466.75 |
| 08/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 532.29 | 361,934.46 |
| 09/10/15 | * NOTE * | Citizens Bank | Remaining funds in bank account<br>* NOTE * Properties 1, 14, 30 | 1121-000 | 22,751.60 | | 384,686.06 |
| 09/24/15 | 010006 | Krume & Associates, Inc. | | 2420-000 | | 1,474.20 | 383,211.86 |
| 09/28/15 | 33 | Treasurer of the State of Ohio | refund of overpd unemployment tax | 1229-000 | 608.93 | | 383,820.79 |
| 09/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 538.75 | 383,282.04 |
| 10/19/15 | 010007 | Chubb & Son<br>PO Box 382001<br>Pittsburgh, PA 15250-8001 | final payment for insurance | 2420-000 | | 149.76 | 383,132.28 |
| 10/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 569.62 | 382,562.66 |
| 11/06/15 | 010008 | Hylant Group, Inc.<br>P.O. Box 638720<br>5050 Kingsley Dr.<br>Cincinnati, OH 45227 | fiduciary tail coverage policy | 2420-000 | | 1,161.00 | 381,401.66 |
| 11/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 549.03 | 380,852.63 |
| 12/22/15 | 010009 | Insurance Partners Agency, Inc.<br>26865 Center Ridge Road<br>Westlake, OH 44145 | Bond Premium | 2300-000 | | 489.39 | 380,363.24 |
| 12/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 566.03 | 379,797.21 |
| 01/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 562.95 | 379,234.26 |
| 02/08/16 | 33 | Government of Canada | refund<br>Paid to the estate in Canadian funds. Bank of Kansas City will convert to American upon receipt. | 1229-000 | 64.05 | | 379,298.31 |
| 02/22/16 | | Government of Canada | Conversion Canadian to US Dollars | 1229-000 | | 19.36 | 379,278.95 |
| 02/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 525.88 | 378,753.07 |
| 03/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 561.40 | 378,191.67 |

LFORM2T4

Ver: 20.00h

15-13164-aih    Doc 137    FILED 04/17/18    ENTERED 04/17/18 13:17:20    Page 13 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

| Case No: | 15-13164 -AIH | | Trustee Name: | DAVID O. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******5326 Checking |
| Taxpayer ID No: | *******5979 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 542.48 | 377,649.19 |
| 05/26/16 | 18 | United States Treasury Maryland Procurement Office | Account(s) Receivable(s) | 1121-000 | 28,488.00 | | 406,137.19 |
| 05/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 561.12 | 405,576.07 |
| 06/06/16 | 010010 | Central Collection Agency | EIN 34-1895979, Form 120-17-BR balance due for year ended 12/31/15 | 2820-000 | | 8,662.00 | 396,914.07 |
| 06/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 574.31 | 396,339.76 |
| 07/26/16 | 33 | Meritain Health | refund credit balance | 1229-000 | 160.00 | | 396,499.76 |
| 07/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 587.49 | 395,912.27 |
| 08/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 586.83 | 395,325.44 |
| 09/13/16 | 010011 | Virginia Department of Taxation PO Box 1500 Richmond, VA 23218-1500 | 2015 income tax | 2820-000 | | 9,956.00 | 385,369.44 |
| 09/19/16 | 33 | Citizens Bank | refund | 1229-000 | 4.00 | | 385,373.44 |
| 09/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 562.78 | 384,810.66 |
| 10/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 570.38 | 384,240.28 |
| 11/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 551.16 | 383,689.12 |
| 12/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 568.71 | 383,120.41 |
| 01/11/17 | 010012 | Insurance Partners Agency 26865 Center Ridge Road Westlake, OH 44145 | Premium on Trustee's Bond Insurance Partners Agency 26865 Center Ridge Road Westlake, OH 44145 | 2300-000 | | 175.92 | 382,944.49 |
| 01/27/17 | 010013 | Central Collection Agency EIN 34-1895979, Form 120-17-BR balance due for the year ended 12/31/16 | 2016 tax | 2820-000 | | 66.00 | 382,878.49 |
| 01/31/17 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 569.31 | 382,309.18 |
| 02/28/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 513.24 | 381,795.94 |
| 03/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 567.46 | 381,228.48 |
| 04/17/17 | 27 | City of San Jose SJPD | Account(s) Receivable(s) | 1121-000 | 1,155.90 | | 382,384.38 |

LFORM2T4

Ver: 20.00h

15-13164-aih    Doc 137    FILED 04/17/18    ENTERED 04/17/18 13:17:20    Page 14 of 17

| Case No: | 15-13164 -AIH | | Trustee Name: | DAVID O. SIMON, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******5326 Checking |
| Taxpayer ID No: | *******5979 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/19/17 | | Transfer from Acct #*******7053 | Bank Funds Transfer | 9999-000 | 183,333.34 | | 565,717.72 |
| 04/28/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 654.42 | 565,063.30 |
| 05/08/17 | 26 | City of San Jose Fire Department | Account(s) Receivable(s) | 1121-000 | 1,405.52 | | 566,468.82 |
| 05/30/17 | 25 | Princeton Holdings Limited | Account(s) Receivable(s) | 1121-000 | 8,000.00 | | 574,468.82 |
| 05/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 841.25 | 573,627.57 |
| 06/09/17 | 24 | Premier Physicians 24651 Center Ridge Rd., #350 Westlake, OH 44145 | Account(s) Receivable(s) | 1121-000 | 20,723.77 | | 594,351.34 |
| 06/30/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 841.26 | 593,510.08 |
| 07/28/17 | 010014 | BANK OF KANSAS CITY | TRANSFER TO SUCCESSOR TRUSTEE | 9999-000 | | 593,510.08 | 0.00 |

| | | Account *******5326 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 30 | Deposits | 465,650.42 | 13 | Checks | 38,389.09 |
| | | 0 | Interest Postings | 0.00 | 27 | Adjustments Out | 17,084.59 |
| Memo Allocation Receipts: | 216,536.24 | | | | 1 | Transfers Out | 593,510.08 |
| Memo Allocation Disbursements: | 0.00 | | Subtotal | $ 465,650.42 | | | |
| | | | | | | Total | $ 648,983.76 |
| Memo Allocation Net: | 216,536.24 | 0 | Adjustments In | 0.00 | | | |
| | | 1 | Transfers In | 183,333.34 | | | |
| | | | Total | $ 648,983.76 | | | |

LFORM2T4

Ver: 20.00h

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 12

| Case No: | 15-13164 -AIH | | Trustee Name: | DAVID O. SIMON, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | E-MERGING TECHNOLOGIES GROUP, INC., | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******7053  Checking |
| Taxpayer ID No: | *******5979 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/17 | 8 | Ulmer & Berne LLP<br>IOLTA Account | settlement | 1149-000 | 550,000.00 | | 550,000.00 |
| 04/19/17 | 010001 | Haber, Polk, Kabat, LLP<br>1300 West 78th Street, Ste 305<br>Cleveland, OH 44102 | | 8500-002 | | 110,000.00 | 440,000.00 |
| 04/19/17 | 010002 | Jacquelyn Huron | | 8500-002 | | 110,000.00 | 330,000.00 |
| 04/19/17 | 010003 | Stephen Heestand | | 8500-002 | | 110,000.00 | 220,000.00 |
| 04/19/17 | 010004 | Marvin Sicherman | | 8500-002 | | 36,666.66 | 183,333.34 |
| 04/19/17 | | Transfer to Acct #*******5326 | Bank Funds Transfer | 9999-000 | | 183,333.34 | 0.00 |

| | | Account *******7053 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 1 | Deposits | 550,000.00 | 4 | Checks | 366,666.66 |
| | | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 0.00 | | | | 1 | Transfers Out | 183,333.34 |
| Memo Allocation Disbursements: | 0.00 | | Subtotal | $ 550,000.00 | | | |
| | | | | | | Total | $ 550,000.00 |
| Memo Allocation Net: | 0.00 | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $ 550,000.00 | | | |

LFORM2T4

Ver: 20.00h

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-13164 -AIH | Trustee Name: DAVID O. SIMON, TRUSTEE |
| Case Name: E-MERGING TECHNOLOGIES GROUP, INC., | Bank Name: BOK Financial |
| | Account Number / CD #: *******7053 Checking |
| Taxpayer ID No: *******5979 | |
| For Period Ending: 03/31/18 | Blanket Bond (per case limit): $ 2,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 216,536.24 | Report Totals | Balance Forward | 0.00 | |
| Total Allocation Disbursements: | 0.00 | 34 | Deposits | 1,045,880.42 | 62 Checks 530,716.44 |
| | | 0 | Interest Postings | 0.00 | 36 Adjustments Out 23,718.94 |
| Total Memo Allocation Net: | 216,536.24 | | | | 2 Transfers Out 776,843.42 |
| | | | Subtotal | $ 1,045,880.42 | |
| | | | | | Total $ 1,331,278.80 |
| | | 0 | Adjustments In | 0.00 | |
| | | 2 | Transfers In | 776,843.42 | |
| | | | Total | $ 1,822,723.84 | Net Total Balance $ 491,445.04 |

LFORM2T4

Ver: 20.00h